IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> HELLA GMBH & CO. KGAA, BEHR ) <br> HELLA SERVICE GMBH, BEHR HELLA ) <br> SERVICE NORTH AMERICA, LLC AND ) <br> HELLA AUTOMOTIVE SALES, INC., ) <br> ) <br> *Defendants*. ) | C.A. No.1:19-cv-1377-RGA <br><br> JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO STAY DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Symbology Innovations, LLC, by and through undersigned counsel and subject to the approval of this Court, hereby files this Unopposed Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

All matters in controversy between Plaintiff and Defendants have been settled in principle. The parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within 14 days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, until December 23, 2019. Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served

Dated: December 9, 2019	Respectfully Submitted,

/s/Stamatios Stamoulis
Stamatios Stamoulis (#4606)
 Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com


KIRK J. ANDERSON (SBN 289043)
ATTORNEY *PRO HAC VICE*
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorneys for Plaintiff Symbology Innovations, LLC*

SO ORDERED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE


## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/ Stamatios Stamoulis
Stamatios Stamoulis #4606