IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>HELLA GMBH & CO. KGAA, BEHR )<br>HELLA SERVICE GMBH, BEHR HELLA )<br>SERVICE NORTH AMERICA, LLC AND )<br>HELLA AUTOMOTIVE SALES, INC., )<br>)<br>*Defendants*. | C.A. No.1:19-cv-1377-RGA<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Symbology Innovations, LLC, ("Symbology") hereby files this Notice of Voluntary Dismissal WITH Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adversary party of an answer. Accordingly, Symbology hereby voluntarily dismisses this action against Defendants, Hella GMBH & Co., KGAA, Behr Hella Service GMBH, Behr Hella Service North America, LLC and Hella Automotive Sales, Inc. ("Defendants") WITH prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: January 6, 2020

Respectfully Submitted,

/s/Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

1
NOTICE OF VOLUNTARY DISMISSAL

weinblatt@swdelaw.com

KIRK J. ANDERSON (SBN 289043)
ATTORNEY *PRO HAC VICE*
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorneys for Plaintiff Symbology Innovations, LLC*

SO ORDERED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/Stamatios Stamoulis
Stamatios Stamoulis #4606